1026

No. 99–7816. HAMILTON v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–7820. GROVER v. BOYD ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–7821. HORNSBY v. EVANS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–7829. SMITHEY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–7832. WILLIAMS v. NORWEST MORTGAGE, INC. Sup. Ct. Fla. Certiorari denied.

No. 99–7834. MANZANARES v. OHIO. Ct. App. Ohio, Wood County. Certiorari denied.

No. 99–7835. MCLEAN v. OSBORNE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–7841. LEAL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–7846. MENDOZA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7850. WILLIAMS v. CORRECTIONS CORPORATION OF AMERICA ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–7851. AMADO LAJARA v. MORGAN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 99–7853. BEESON v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 99–7854. TRAVAGLIA v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 99–7857. AYELE v. ALLRIGHT BOSTON PARKING, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 99–7858. CHENARD v. NEVADA DEPARTMENT OF HUMAN RESOURCES, WELFARE DIVISION. Sup. Ct. Nev. Certiorari denied.